```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LUIS TORO, on behalf of himself and all others similarly     :
situated,                                                    :
                                                             :
                              Plaintiff,                     :      23-cv-5127 (LJL)
                                                             :
         -v-                                                 :      ORDER
                                                             :
SNEAKER JUNKIES, LLC,                                        :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2023

LEWIS J. LIMAN, United States District Judge:

      The hearing for Defendant to show cause why a default judgment ought not to be entered against it, pursuant to Federal Rules of Civil Procedure 54(b) and 55(b), shall be continued until November 28, 2023 at 2 P.M.  The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101 at that time.

      Plaintiff is directed to serve a copy of this Order upon Defendant on or before November 10, 2023.

      SO ORDERED.

Dated: October 27, 2023
       New York, New York
                                                      LEWIS J. LIMAN
                                            United States District Judge